THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| In Re: <br><br> SKELAXIN (METAXALONE) ANTITRUST LITIGATION | Lead Case No. 2:12-cv-83 <br><br> MDL No. 2343 <br><br> Judge Curtis L. Collier |
|---|---|
| THIS DOCUMENT RELATES TO: <br><br> All Direct Purchaser Class Actions | |

## DIRECT PURCHASER PLAINTIFFS' UNOPPOSED
## MOTION TO FILE UNDER SEAL

Plaintiffs Professional Drug Company, Inc. ("Professional Drug"), Meijer, Inc. and Meijer Distribution, Inc. (collectively, "Meijer"), Rochester Drug Co-Operative, Inc. ("Rochester"), Ahold USA, Inc. ("Ahold"), and Stephen L. LaFrance Holdings, Inc. and its wholly-owned subsidiary Stephen L. LaFrance Pharmacy, Inc. d/b/a SAJ Distributors (collectively, "LaFrance") ("Direct Purchaser Plaintiffs") hereby move pursuant to Rule 26.2 of the Local Rules of this Court and the Protective Order for Confidential Discovery Material (Document Nos. 130 and 270) entered in this action for an order providing that the following documents may be filed under seal:

- Rebuttal Expert Report of Meredith Rosenthal Regarding Direct Purchaser Class Certification (and accompanying exhibits).

Counsel for Direct Purchaser Plaintiffs have conferred with counsel for defendants and defendants do not oppose this motion.

Respectfully submitted,

Dated: August 23, 2013

**/s/ Thomas M. Sobol**
Thomas M. Sobol
David S. Nalven
Lauren G. Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700

*Lead Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| Peter Kohn<br>Joseph T. Lukens<br>A. Luke Smith<br>Sarah Westby<br>Faruqi & Faruqi, LLP<br>101 Greenwood Avenue<br>Jenkintown, PA 19046<br>Tel: (215) 277-5770 | David F. Sorensen<br>Eric L. Cramer<br>Andrew Curley<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000 |
| Barry Taus<br>Kevin Landau<br>Taus, Cebulash & Landau PC<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Tel: (646) 873-7654 | Dianne M. Nast<br>Erin C. Burns<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tel: (215) 923-9300 |
| Michael L. Roberts<br>Debra Gaw Josephson<br>Stephanie Egner<br>Roberts Law Firm, P.A.<br>20 Rahling Circle<br>Little Rock, AR 72223<br>Tel: (501) 821-5575 | Linda P. Nussbaum<br>Jay W. Eisenhofer<br>Grant & Eisenhoffer, P.A.<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel: (646) 722-8504 |
| Joseph M. Vanek<br>David P. Germaine<br>Vanek, Vickers & Masini, P.C.<br>55 West Monroe Street, Suite 3500<br>Chicago, IL 60603<br>Tel: (312) 224-1500 | Roberta D. Liebenberg<br>Paul Costa<br>Louis C. Ricciardi<br>Fine, Kaplan, and Black, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Tel: (215) 567-6565 |
| Paul E. Slater<br>Sperling & Slater | Charles F. Barrett, Esq. |

| | |
|---|---|
| 55 West Monroe Street, Suite 3200 | 6518 Highway 100, Suite 210 |
| Chicago, IL 60603 | Nashville, TN 37205 |
| Tel: (312) 641-3200 | Tel: (615) 515-3393 |

Gary Brewer
Brewer & Terry PC
1702 West Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
Tel: (423) 587-2730

John Radice
Radice Law Firm
34 Sunset Blvd
Long Beach, NJ 08008
Tel: (646) 386-7688

*Counsel for the Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, a copy of Direct Purchaser Plaintiffs' Unopposed Motion to File Under Seal was served electronically on counsel for the defendants via the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of and parties may access this filing through the Court's CM/ECF system.

Dated: August 23, 2013                                      **/s/ Thomas M. Sobol**