UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

In re Skelaxin (Metaxalone) Antitrust Litigation
This Document Relates to:
Plumbers & Pipefitters Local 572 Health & Welfare
Fund v. King Pharmaceuticals, Inc. (No. 1:12-cv-00194)

Case No. 1:12-md-02343-CLC-WBC

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Plumbers & Pipefitters Local 572 Health & Welfare Fund, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**California**

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/6/14

*(Signature—hand signed)*

Name: Alicia Zimmerman
Firm: Scott+Scott, Attorneys at Law, LLP
Address:
707 Broadway, Suite 1000, San Diego, CA 92101

Email address: azimmerman@scott-scott.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

* * * INCLUDE CERTIFICATE(S) OF SERVICE * * *

## CERTIFICATE OF SERVICE

I certify that on January 7, 2014, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

| | |
|---|---|
| Dated: January 7, 2014 | /s/ Christopher M. Burke |
| | Christopher M. Burke |
| | Scott+Scott, Attorneys at Law, LLP |
| | 707 Broadway, Suite 1000 |
| | San Diego, CA 92101 |
| | Telephone: (619) 233-4565 |
| | cburke@scott-scott.com |

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

December 10, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALICIA MARIE ZIMMERMAN, #279954 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, W. Samuel Hammrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Alicia Zimmerman was duly admitted to practice in said Court on 12/02/2011, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on _____12/13/13_____

**JOHN MORRILL, Acting Clerk of Court**

By: s/ D. Gilbert

D. Gilbert, Deputy