UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

|  |  |  |
|---|---|---|
| IN RE: SKELAXIN (METAXALONE) ANTITRUST LITIGATION | ) ) ) ) ) | MDL Case No. 1:12-md-2343 |
| This Document Relates to: | ) ) | Hon. Curtis L. Collier |
| END PAYOR ACTION INDIRECT PURCHASER FOR RESALE ACTION INDIVIDUAL END-PAYOR CLASS ACTIONS | ) ) ) | |

**DEFENDANT KING PHARMACEUTICALS LLC'S
UNOPPOSED MOTION TO FILE UNDER SEAL**

Pursuant to the Court's Stipulated Protective Order dated March 27, 2013 ("Protective Order") [Doc. 130], Defendant King Pharmaceuticals LLC, f/k/a King Pharmaceuticals, Inc. ("King"), hereby respectfully moves the Court for an order permitting King to file the following document under seal:

- Memorandum in Opposition to Plaintiffs' Motion Challenging the Privileged Status of Inadvertently Disclosed Privileged Documents

Pursuant to the Paragraph 18 of the Protective Order, King will be filing in the public record a redacted copy of said materials, not reflecting the content of Inadvertently Disclosed Privileged Material. And pursuant to Paragraph 12 of the Protective Order, King is providing a copy of the challenged Inadvertently Disclosed Privileged Material to the Court for *in camera* review.

King has conferred with Plaintiffs and they are not opposed to this motion.

Dated: January 8, 2014

                Respectfully submitted,

/s/ Saul P. Morgenstern
SAUL P. MORGENSTERN
ANDREW K. SOLOW
KARIN E. GARVEY
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7210
Fax: (212) 836-6333

AUBREY B. HARWELL, JR.
GERALD D. NEENAN
JEFFREY HOWARD GIBSON
Neal & Harwell, PLC
150 4th Avenue North
Suite 2000
Nashville, TN 37219
Tel: (615) 244-1713
Fax: (615) 726-0573

*Attorneys for King Pharmaceuticals LLC, f/k/a King Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 8, 2014, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

/s/ Gerald D. Neenan
Gerald D. Neenan
Neal & Harwell, PLLC
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
gneenan@nealharwell.com