THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE: SKELAXIN (METAXALONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | MDL Case No. 1:12-md-2343<br><br>Judge Curtis L. Collier |

**KING'S MOTION FOR PROTECTIVE ORDER DIRECTING PLAINTIFFS TO WITHDRAW THE SUBPOENA SERVED ON KING'S FORMER OUTSIDE COUNSEL FOR PRODUCTION OF DOCUMENTS RELATING TO THE *ELAN V. KING* LAWSUIT**

Defendant King Pharmaceuticals LLC, f/k/a King Pharmaceuticals, Inc., ("King") hereby moves under Fed. R. Civ. P. 26 for an order, substantially in the form proposed herewith, directing Plaintiffs to withdraw their January 2, 2014 subpoena served on Cravath Swaine & Moore, LLP. *See* Ex. 1 to the accompanying Declaration of Joseph Kohn, attaching Plaintiffs' non-party subpoena.

In support hereof, King submits the accompanying memorandum of law, Declaration of Joseph Kohn and accompanying exhibits, and a proposed order.

Dated: January 17, 2014

Respectfully submitted,

/s/ Saul P. Morgenstern
SAUL P. MORGENSTERN
ANDREW K. SOLOW
KARIN E. GARVEY
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7210
Fax: (212) 836-6333
AUBREY B. HARWELL, JR.
GERALD D. NEENAN
JEFFREY HOWARD GIBSON

61834141.docx

Neal & Harwell, PLC
150 4th Avenue North
Suite 2000
Nashville, TN 37219
Tel: (615) 244-1713
Fax: (615) 726-0573
*Attorneys for King Pharmaceuticals LLC,*
*f/k/a King Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2013, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

/s/ Gerald D. Neenan
Gerald D. Neenan
Neal & Harwell, PLLC
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
gneenan@nealharwell.com

61834141.docx