THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| In Re: | Lead Case No. 2:12-cv-4 |
|---|---|
| SKELAXIN (METAXALONE) ANTITRUST LITIGATION | MDL No. 2343 |
| | Judge Curtis L. Collier |
| THIS DOCUMENT RELATES TO: All Indirect Purchaser for Resale Actions | |

**INDIRECT PURCHASER FOR RESALE PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF DISTRIBUTION WITH
<u>DEFENDANT MUTUAL PHARMACEUTICAL COMPANY, INC.</u>**

Indirect Purchaser for Resale Plaintiffs ("IPPs"), by their counsel ("IPPs' Counsel"), hereby move for an order granting final approval to the $2 million settlement with Mutual Pharmaceutical Company, Inc. ("Mutual") (the "Settlement"), as well as the plan of distribution.

The Court certified the Settlement Class and granted preliminary approval to the Settlement on August 5, 2014. IPPs' Counsel caused notice to be sent to all members of the Settlement Class, and, other than those indirect purchasers for resale continuing to litigate their claims independently in this Court, no member of the Settlement Class has objected or moved to exclude itself from the Settlement.

IPPs submit that the Settlement represents a beneficial result to the Settlement Class, providing for a gross cash payment of $2 million in exchange for defined releases to Mutual and an agreement to dismiss the action.

WHEREFORE, based on the foregoing and for the reasons set forth in the accompanying memorandum of law and exhibits, IPPs' motion should be granted and the plan of distribution

1

described in the Memorandum of Law in Support of Indirect Purchaser for Resale Plaintiffs' Motion for Final Approval of Settlement and Plan of Distribution with Defendant Mutual Pharmaceutical Company, Inc., entered.

Respectfully submitted,

Dated: November 3, 2014

/s/ *Gordon Ball*
Gordon Ball
LAW OFFICES OF GORDON BALL
7001 Old Kent Drive
Knoxville, TN 37919
Tel: (865) 525-7028
Email: gball@gordonball.com

*Lead Counsel for the Indirect Purchaser for Resale Class*

| | |
|---|---|
| Brent W. Landau<br>HAUSFELD LLP<br>325 Chestnut Street<br>Suite 900<br>Philadelphia, PA 19106<br>Tel: (215) 985-3270 | Kimberly A. Kralowec<br>Kathleen Styles Rogers<br>THE KRALOWEC LAW GROUP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>Tel: (415) 546-6800 |
| Michael D. Hausfeld<br>Nathaniel C. Giddings<br>HAUSFELD LLP<br>1700 K Street, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200 | Scott H. McNutt<br>Shane Moses<br>MCNUTT LAW GROUP, LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>Tel: 415-995-8475 |
| *Additional Counsel for Indirect Purchaser for Resale IPPs Johnson's Village Pharmacy, Inc., Russell's Mr. Discount Drugs, Inc., and Bidwell Pharmacy and Medical Supply, Inc.* | *Additional Counsel for Indirect Purchaser for Resale Plaintiff Bidwell Pharmacy & Medical Supply, Inc.* |
| Robert L. Bowman<br>KRAMER RAYSON LLP<br>800 S. Gay Street, Suite 2500<br>Knoxville, TN 37929<br>Tel: (865) 525-5134 | Keith D. Stewart<br>BURROUGHS, COLLINS & NEWCOMB, PLC<br>900 South Gay Street, Suite 600<br>Post Office Box 551<br>Knoxville, TN 37901-0551<br>Tel: (865) 342-1040<br>Fax: (865) 342-1041 |
| Tom Jessee | |

JESSEE & JESSEE
412 E. Unaka Ave.
Johnson City, TN 37601
Tel: (423) 928-7176

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701
Tel: (716) 664-2967

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662)834-2488

*Additional Counsel for Indirect
Purchaser for Resale IPPs
Johnson's Village Pharmacy, Inc. and
Russell's Mr. Discount Drugs, Inc.*

Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: 212-682-5340

*Additional Counsel for Indirect Purchaser for
Resale Plaintiff Knight Pharmacy, Inc.*

*Counsel for the Indirect Purchaser for Resale Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 3014, a copy of the foregoing was served on all attorneys of record via the Court's CM/ECF system.

/s/ *Nathaniel C. Giddings*
Nathaniel C. Giddings

4

Case 1:12-md-02343-CLC-WBC   Document 811   Filed 11/03/14   Page 4 of 4   PageID #: 25994